UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JOSETTE LANE MONTOVAY,                        **STIPULATION OF**
**DISMISSAL**
Plaintiffs,                      **WITHOUT PREJUDICE**

v.

Secretary of the Department of Homeland Security        Civil Action No.
MARKWAYNE MULLIN; and Director of U.S.                  26-cv-2478
Citizenship and Immigration Services JOSEPH B.
EDLOW,                                                  (Matsumoto, J.)

Defendants.

-------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.


Dated:  Brooklyn, New York              DAVIS NDANUSA IKHLAS & SALEEM, LLP
        July 10, 2026                   *Attorneys for Plaintiffs*
                                        26 Court Street, Suite 603
                                        Brooklyn, New York 11242


                            By:     */s/ Mohammad Akif Saleem*
                                    Mohammad Akif Saleem, Esq.
                                    (718) 783-6819
                                    msaleem@dnislaw.com

Dated: Brooklyn, New York
   July 11, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201


By: */s/ Kimberly Francis*   
Kimberly Francis
Assistant U.S. Attorney
(718) 254-6147
kimberly.francis@usdoj.gov